## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**ALEX HILL,**
Plaintiff

v.

**Merrick B. Garland**,
U.S. Attorney General,
U.S. Department of Justice,
Defendant

Case No.: 1:21-cv-05130

**COMPLAINT**
**DEMAND FOR JURY TRIAL**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 83.1(E), Zahra S. Karinshak and Jamil A. Favors, of the law firm of Krevolin & Horst, LLC (collectively "K&H"), counsel for Plaintiff in the above-styled civil action, move to withdraw as counsel.  In support of its Motion, K&H states as follows:

K&H notified Plaintiff of its intention to withdraw in this matter on June 30, 2022 and a copy of the notice to Plaintiff is attached hereto as Exhibit A. Accordingly, in compliance with Local Rule 83.1(E), K&H provided notice to Plaintiff of the following:

(a)    K&H's desire to withdraw as counsel for Plaintiff.

KH721229.DOCX 3

2

(b)    The style of the action for which K&H seeks to withdraw as counsel for Plaintiff is provided in the caption noted above.  The Clerk of Court is Kevin P. Weimer, whose address is: Richard B. Russell Federal Building and Courthouse, 75 Spring Street, SW, Atlanta, GA 30303-3361 (telephone: (404) 215-1660).  Defendant is represented by Ryan K. Buchanan and Sharon A. Lim United States Attorney's Office; Richard B. Russell Federal Building; 75 Ted Turner Drive SW; Suite 600; Atlanta, GA 30303-3309; Ryan.buchanan@usdoj.gov; Sharon.lim@usdoj.gov.

(c)    The Court retains jurisdiction of this action.

(d)    Plaintiff has the burden of keeping the Court informed with respect to where notices, pleadings and other papers may be served.

(e)    Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

(f)    If Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences.

(g)    There are no pending scheduled proceedings at this time.  Therefore, K&H's withdrawal will not affect the same or cause a delay in the trial of this matter.

(h)    Service of Notices may be made upon Plaintiff at its last known

address of :

Alex Hill
551 Lakeshore Drive
Berkley Lake, GA 30096
ahill1508@gmail.com

(i)    Plaintiff has the right to object within fourteen (14) days of the date of

the notice provided to him of this information.

K&H has complied with all requirements for withdrawal set forth in Local

Rule 83.1(E). Accordingly, K&H respectfully requests that the Court grant this

Motion and enter an order allowing the withdrawal of it and its attorneys Zahra S.

Karinshak and Jamil A. Favors as counsel of record for Plaintiff in this action. *See*

Ex. B attached hereto.

Respectfully submitted this 9th  day of September, 2022.

**Zahra S. Karinshak**
Zahra S. Karinshak
Georgia Bar No. 407911
karinshak@khlawfirm.com
Jamil A. Favors
Georgia Bar No. 549881
favors@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, NW
Suite 3250, One Atlantic Center

4

Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

*Counsel of Record for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR 7.1(D), NDGa, I hereby certify that this pleading has been

prepared with 14 point Times New Roman font in compliance with LR 5.1(B),

NDGa.

**<u>Zahra S. Karinshak</u>**
Zahra S. Karinshak
Georgia Bar No. 407911
karinshak@khlawfirm.com
Jamil A. Favors
Georgia Bar No. 549881
favors@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

*Counsel of Record for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the within and foregoing *Motion to Withdraw as Counsel of Record* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ryan K. Buchanan
Ryan.buchanan@usdoj.gov
Sharon A. Lim
Sharon.lim@usdoj.gov
United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Drive SW; Suite 600
Atlanta, GA 30303-3309

Pursuant to LR 83.1(b), I hereby certify that I have mailed by United States Postal Service and emailed the within and foregoing *Motion to Withdraw as Counsel of Record* upon the following:

Alex Hill
551 Lakeshore Drive
Berkley Lake, GA 30096
ahill1508@gmail.com

[signatures on following page]

KH721229.DOCX 3                                                      6

7

**<u>Zahra S. Karinshak</u>**
Zahra S. Karinshak
Georgia Bar No. 407911
karinshak@khlawfirm.com
Jamil A. Favors
Georgia Bar No. 549881
favors@khlawfirm.com
KREVOLIN & HORST, LLC
1201 W. Peachtree Street, NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
(404) 888-9700
(404) 888-9577 (facsimile)

*Counsel of Record for Plaintiff*