Case 1:21-cv-05130-LMM    Document 20-1    Filed 09/09/22    Page 1 of 2

KREVOLIN | HORST

One Atlanta Center
1201 West Peachtree Street, NW
Suite 3250 | Atlanta, GA 30309
Tel: 404-888-9700 | Fax: 404-888-9577
www.krevolinhorst.com

**ZAHRA S. KARINSHAK**
Tel: (404) 888-0922
Email: karinshak@khlawfirm.com

June 30, 2022

***Sent Via Electronic Mail and First-Class Mail***
ahill1508@gmail.com

Alex Hill
551 Lakeshore Drive
Berkley Lake, GA 30096

> RE:    Alex Hill v. Merrick B. Garland
> U. S. District Court, Northern District of Georgia, Atlanta Division
> Civil Action File No. 1:21-cv-05130

Dear Mr. Hill:

This letter serves as notice pursuant to Local Rule 83.1(E) that this firm and its members and associates intend to withdraw as counsel of record for you ("Hill" or "Plaintiff") in this action.

We are enclosing herewith a copy of the Motion to Withdraw for our firm which we intend to file on or about July 30, 2022. If you consent to our withdrawal, we ask that you sign and have notarized the enclosed Acknowledgment and Consent. Rule 83.1(E) requires that we give you notice of the following information:

(a)    K&H desires to withdraw as counsel for Plaintiff.

(b)    The style of the action for which K&H seeks to withdraw as counsel for Plaintiff is provided in the caption noted above. The Clerk of Court is James N. Hatten, whose address is: Richard B. Russell Federal Building and Courthouse, 75 Spring Street, SW, Atlanta, GA 30303-3361 (telephone: (404) 215-1660). Defendant is represented by Ryan K. Buchanan and Sharon A. Lim United States Attorney's Office; Richard B. Russell Federal Building; 75 Ted Turner Drive SW; Suite 600; Atlanta, GA 30303-3309; Ryan.buchanan@usdoj.gov Sharon.lim@usdoj.gov.

KH721075.DOCX

(c)     The Court retains jurisdiction of this action.

(d)     Plaintiff has the burden of keeping the Court informed with respect to where notices, pleadings and other papers may be served.

(e)     Plaintiff has the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set.

(f)     If Plaintiff fails or refuses to meet these burdens, Plaintiff may suffer adverse consequences.

(g)     There are no pending scheduled proceedings at this time.  Therefore, K&H's withdrawal will not affect the same or cause a delay in the trial of this matter.

(h)     Service of Notices may be made upon Plaintiff at its last known address of :

Alex Hill
551 Lakeshore Drive
Berkley Lake, GA 30096
ahill1508@gmail.com

(i)     Plaintiff has the right to object within fourteen (14) days of the date of this notice provided to it of this information.

We look forward to the receipt of the signed and notarized Acknowledgment and Consent.  Thank you for the opportunity to have worked with you.

Sincerely,

*/s/ Zahra S. Karinshak*
Zahra S. Karinshak

ZSK/dlm
Enclosures

KH721075.DOCX