IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX HILL,                              :
                                        :
      Plaintiff,                        :
                                        :
v.                                      :        CIVIL ACTION NO.
                                        :        1:21-cv-05130-LMM-LTW
MERRICK B. GARLAND,                     :
*U.S. Attorney General, U.S.*           :
*Department of Justice,*                :
                                        :
      Defendant.                        :

## **ORDER**

This matter is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R"), Dkt. No. [47]. No objections have been filed in response to the R&R. Therefore, pursuant to 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R, Dkt. No. [47], as its opinion: Defendant's motion for partial summary judgment, Dkt. No. [40], is **GRANTED**, and all of Plaintiff's Title VII race-discrimination and retaliation claims are **DISMISSED WITH PREJUDICE** except for those based on his termination. The case shall remain referred to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED** this 7th day of September, 2023.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE