IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX HILL,

PLAINTIFF,

v.

TODD BLANCHE, ACTING U.S.
ATTORNEY GENERAL, U.S.
DEPARTMENT OF JUSTICE,

DEFENDANT.

Civil Action No.

1:21-cv-05130-LMM

**<u>JOINT STATEMENT OF FACTS FOR THE JURY</u>**

This case concerns the summary dismissal of Mr. Alex Hill from the Federal

Bureau of Investigation (FBI). Mr. Hill joined the FBI in 1997. From 1997 to 2012, Mr.

Hill held the role of Special Agent. He worked in the Atlanta Field Office until 2005

and then, from 2005 to 2012, worked abroad in Iraq and Australia, and then in FBI

Headquarters in Washington, D.C. In 2012, he returned to the Atlanta Field Office as

a Supervisory Special Agent.

In 2017, Mr. Hill was summarily dismissed from the rolls of the FBI by

Assistant Director of the FBI's Office of Professional Responsibility, Ms. Candice

Will. The Office of Professional Responsibility is primarily responsible for

disciplining FBI employees for misconduct. It is headed by an Assistant Director. Ms.

Will served as the Assistant Director of OPR from 2004 to 2018. In that role, Ms. Will was the chief disciplinarian for the rank and file of the FBI.

Mr. Hill is a Black male. He alleges that his dismissal was the result of improper racial discrimination, a violation of federal law. He alleges that white FBI agents were treated less severely for worse misconduct. Mr. Hill brings a lawsuit against the United States Acting Attorney General, as the federal official in charge of the FBI and, by extension, the FBI's Office of Professional Responsibility.

The Defendant alleges that Mr. Hill's dismissal was not tainted by race discrimination. Rather, Mr. Hill was fired because he failed to follow court orders and was twice held in contempt of court by the Gwinnett County Superior Court in relation to an ongoing child custody dispute.

In this case, the jury will decide whether Mr. Hill's dismissal from the FBI was improperly tainted by race discrimination. The jury may possibly also decide, if his dismissal was improperly tainted by race discrimination, whether he would have been fired anyway. The jury may further reach the issue of how much Mr. Hill should receive in compensatory damages, up to $300,000.

Respectfully submitted,

| **Counsel for Plaintiff** | **Counsel for Defendant** |
| --- | --- |

SOUTHWORTH PC

THEODORE S. HERTZBERG
*United States Attorney*

*/s/ Shaun C. Southworth*
(signed with express permission)
Shaun C. Southworth
Georgia Bar No. 959122
shaun@southworthpc.com
1100 Peachtree Street NE
Suite 200
Atlanta, GA  30309
Tel. (404) 585-8095   Fax (404) 393-4129

*/s/ Andres H. Sandoval*
ANDRES H. SANDOVAL
*Assistant United States Attorney*
Georgia Bar No. 643257
andres.sandoval@usdoj.gov
ADAM D. NUGENT
*Assistant United States Attorney*
Georgia Bar No. 381008
adam.nugent@usdoj.gov
BRIANNA C. SCLAFANI
*Special Assistant United States Attorney*
Virginia Bar No. 101733
bsclafani@fbi.gov
United States Attorney's Office
Richard B. Russell Federal Building
75 Ted Turner Drive SW, Suite 600
Atlanta, GA  30303-3309
Tel. (404) 581-6000   Fax (404) 581-6181