IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX HILL,                                    :
                                              :
        Plaintiff,                            :
                                              :
                                              :
v.                                            :    CIVIL ACTION NO.
                                              :    1:21-cv-05130-LMM
                                              :
TODD BLANCHE,                                 :
                                              :
        Defendant.                            :

FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 06 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## VERDICT FORM

We, the Jury, find as follows (check only one):

1. Do you find, by a preponderance of the evidence, that Alex Hill's race played a role in Candice Will's decision to dismiss Hill from the FBI?

        Yes ____ **(Please proceed to Question 2)**

        No _X__ **(You do not need to answer any other questions)**

2. Do you find, by a preponderance of the evidence, that Candice Will would have dismissed Hill from the FBI even if she had not considered his race?

        Yes ____ **(You do not need to answer any other questions)**

        No ____ **(Please proceed to Question 3)**

3. What amount will fairly compensate Mr. Hill for the emotional distress and other non-economic harm caused by his wrongful dismissal?

        Amount _____

1

**SO SAY WE ALL**, this ___6___ day of May, 2026.

Foreperson