IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **ALEX HILL,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:21-cv-05130-LMM |
| v. | ) | |
| | ) | |
| **TODD BLANCHE, ACTING U.S.** | ) | |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Alex Hill appeals to the United States Court of Appeals for the Eleventh Circuit from the final Judgment entered in this action on May 7, 2026 [Doc. 143], entered in favor of Defendant and against Plaintiff following a jury trial.

Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this appeal is taken from the final Judgment and encompasses all orders, rulings, and decisions that, for purposes of appeal, merge into or are subsumed within that final Judgment, including, without limitation:

1. the Order entered September 7, 2023 [Doc. 51], adopting the Magistrate Judge's Report and Recommendation [Doc. 47], granting Defendant's Motion for Partial Summary Judgment [Doc. 40], and dismissing with prejudice all of Plaintiff's Title VII race-discrimination and retaliation claims except those based on his termination;

2. the Order entered April 14, 2025 [Doc. 91], overruling Plaintiff's objections, adopting the Magistrate Judge's Final Report and Recommendation [Doc. 84], granting in part

Defendant's Motion for Summary Judgment [Doc. 78], and dismissing Plaintiff's Title VII retaliation claim;

3.  the Order entered March 9, 2026 [Doc. 125] on the parties' motions in limine, together with the Court's related evidentiary rulings and its rulings on the jury instructions and verdict form made before and during trial;

4.  the jury's Verdict returned and filed May 6, 2026 [Doc. 142] in favor of Defendant on Plaintiff's Title VII race-discrimination claim; and

5.  all other adverse orders, rulings, and decisions entered in this action.

Respectfully submitted this 6th day of July, 2026.

SOUTHWORTH P.C.

/s/ Michael A. Royster
Michael A. Royster, Esq.
Colorado Bar No. 37292
Southworth P.C.
1100 Peachtree Street NE, Suite 200
Atlanta, GA 30309
Phone: (404) 585-8095
Fax: (404) 393-4129
Email: michael@southworthpc.com
Counsel for Plaintiff-Appellant Alex Hill

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **ALEX HILL,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:21-cv-05130-LMM |
| v. | ) | |
| | ) | |
| **TODD BLANCHE, ACTING U.S.** | ) | |
| **ATTORNEY GENERAL, U.S.** | ) | |
| **DEPARTMENT OF JUSTICE,** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

Respectfully submitted this 6th day of July, 2026.

SOUTHWORTH P.C.

/s/ Michael A. Royster
Michael A. Royster, Esq.
Colorado Bar No. 37292
Southworth P.C.
1100 Peachtree Street NE, Suite 200
Atlanta, GA 30309
Phone: (404) 585-8095
Fax: (404) 393-4129
Email: michael@southworthpc.com
Counsel for Plaintiff-Appellant Alex Hill